IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TYRONE PEELE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| LINDA L. KELLY, *et al.*, | : | |
| Respondents. | : | No. 13-1142 |

# O R D E R

**AND NOW**, this 12th day of November, 2013, having considered the Petition for Writ of *Habeas Corpus* filed by Petitioner Tyrone Peele (Docket No. 1), the Motions for Impeachment of All Defendant(s) and Motions for Extraordinary Relief (Docket Nos. 3, 4, 5), the exhibits filed by Petitioner (Docket No. 8), Petitioner's Declaration (Docket No. 10), the Response and Reply thereto (Docket Nos. 12), U.S. Magistrate M. Faith Angell's Report & Recommendations (Docket No. 14), and Petitioner's state court record, it is hereby **ORDERED** that:

1. The Report & Recommendations are **APPROVED** and **ADOPTED**.[1]

2. The Petition for Writ of Habeas Corpus (Docket No. 1) and the Motions for Impeachment of all Defendant(s) and Motions for Extraordinary Relief (Docket Nos. 3, 4, 5) are **DISMISSED** with prejudice without an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.[2]

---

[1] The time for filing objections has now passed; no party has objected to Magistrate Judge Angell's Report and Recommendation.

[2] A certificate of appealability may issue only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Lambert v. Blackwell*, 387 F.3d 210, 230 (3d Cir. 2004). The Court agrees with U.S. Magistrate Judge Angell that there is no probable cause to issue such a certificate in this action.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE
